ACCEPTED
04-14-00811-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/16/2015 1:43:09 PM
KEITH HOTTLE
CLERK

# 04-14-00811-CV

IN THE COURT OF APPEALS

FOURTH DISTRICT

SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/16/2015 1:43:09 PM
KEITH E. HOTTLE
Clerk

**RANDY COLEMAN AND JIM COLEMAN COMPANY,**

*Appellants*

**v.**

**RALPH DEAN AND LIVING MODULAR, LLC,**

*Appellees*

On Appeal from Cause No. 11-04-49987-CV
In the 79th Judicial District Court, Jim Wells County, Texas
The Hon. Richard C. Terrell, Presiding Judge

# APPELLEE RALPH DEAN'S DESIGNATION OF LEAD APPELLATE COUNSEL

Ralph Dean, Appellee in the above cause, hereby designates the following lead appellate counsel pursuant to TEX. R. APP. P. 6.1(c) and respectfully requests that all communications from the Court and all documents filed by Appellant herein be copied to him as follows:

Frank Weathered
SBN 20998600
DUNN WEATHERED COFFEY RIVERA & KASPERITIS, PC
611 South Upper Broadway
Corpus Christi, Texas 78401
TEL 361.883.1594
FAX 361.883.1599
E-MAIL frank@weatheredlaw.com

1

The following shall remain as *of counsel* for Appellee and respectfully request that all communications from the Court and all documents filed by Appellant herein be copied to them as follows:

Charles C. Webb, Jr.
SBN 21039500
WEBB CASON, PC
710 North Mesquite Street
Corpus Christi, Texas 78401-2312
TEL 361.887.1031
FAX 361.887.0903
E-MAIL charlie@wcctxlaw.com

Parker S. Webb
SBN 24085648
WEBB CASON, PC
710 North Mesquite Street
Corpus Christi, Texas 78401-2312
TEL 361.887.1031
FAX 361.887.0903
E-MAIL parker@wccxlaw.com

J. Michael Guerra
SBN 08581310
LAW OFFICE OF J. MICHAEL GUERRA
1600 E. Main Street, Suite 227
P.O. Box 1968
Alice, Texas 78333
TEL 361.668.7344
FAX 361.664.1003
E-MAIL jmguerra14@gmail.com

Respectfully submitted,

DUNN, WEATHERED, COFFEY,
RIVERA & KASPERITIS, P.C.
611 South Upper Broadway
Corpus Christi, Texas 78401
TEL/361.883.1594; FAX/361.883.1599
E-MAIL: fweathered@swbell.net

BY  */s/ Frank Weathered*
    Frank Weathered
    SBN 20998600

**ATTORNEY-IN-CHARGE FOR
APPELLEE RALPH DEAN**

*Of Counsel:*

Charles C. Webb, Jr.
WEBB CASON, PC
710 North Mesquite Street
Corpus Christi, Texas 78401-2312
FAX 361.887.0903
E-MAIL charlie@wcctxlaw.com

Parker Webb
WEBB CASON, PC
710 North Mesquite Street
Corpus Christi, Texas 78401-2312
FAX 361.887.0903
E-MAIL parker@wccxlaw.com

J. Michael Guerra
LAW OFFICE OF J. MICHAEL GUERRA
1600 E. Main Street, Suite 227
P.O. Box 1968
Alice, Texas 78333
FAX 361.664.1003
E-MAIL jmguerra14@gmail.com

3

**CERTIFICATE OF SERVICE**

This is to certify that on JANUARY 16, 2015, this document was electronically filed pursuant to TEX. R. CIV. P. 21(f)(1) and a true and correct copy was served on counsel of record listed below through the electronic filing manager if the email address is on file with the electronic filing manager, pursuant to TEX. R. CIV. P. 21a(a)(1). If the email address of any attorney listed below is not on file with the electronic filing manager, a true and correct copy of this document was served pursuant to  TEX. R. CIV. P. 21a(a)(2).

/s/ *Frank Weathered*
Frank Weathered

Mr. Paul R. Lawrence
LAWRENCE & BACA, PLLC
2180 North Loop West, Suite 510
Houston, Texas 77018
FAX 713.864.0179
E-MAIL prlawrence@lbandd.com
*Attorney for Appellants*

Living Modular, LLC
16221 Koester
Houston, Texas 77040

4